IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-CR-038-JFH |
| BOBBY WAYNE CRANFORD JR., | |
| Defendant. | |

## OPINION AND ORDER

Before the Court are two pro se motions filed by Defendant Bobby Wayne Cranford Jr. ("Defendant"): a motion for discovery, inspection, and production of exculpatory evidence [Dkt. No. 28] and a motion to get all discovery and all transcripts [Dkt. No. 29] (collectively, "Motions").

The Motions are drafted and signed by Defendant. However, the Court notes that Defendant is represented by counsel who has not signed the Motions. *See* Dkt. No. 9 (Stephen W. Lee retained as Defendant's counsel). The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding a possible motion signed by counsel.

IT IS THEREFORE ORDERED that Defendant's motion for discovery, inspection, and production of exculpatory evidence [Dkt. No. 28] and motion to get all discovery and all transcripts [Dkt. No. 29] are DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Court Clerk mail a copy of this Order to Defendant.

Dated this 12th day of July 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE